be had in Justice's Court on the 15th day of April, 1912, at ten o'clock A. M. All concurred.

Henry C. Walbaum, Respondent, v. James Lockhart, Appellant.— Order affirmed, with costs.

Oscar Boehmer, Respondent, v. International Railway Company, Appellant.— Judgment and orders affirmed, with costs. All concurred.

William H. L. Swan, Respondent, v. Milo E. Woodcock and William S. Woodcock, Appellants.— Order affirmed, with costs. All concurred.

In the Matter of the Probate of the Alleged Last Will and Testament of Margaret Mahoney, Deceased. Wilbur H. Smith and Frank N. Smith, Appellants; George S. Allen, as Executor, etc., of Margaret Mahoney, Deceased, Respondent.— Decree of Surrogate's Court affirmed, with costs. All concurred.

Michael Palma, Appellant, v. Union Fork and Hoe Company, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

William S. Gottshall, Plaintiff, v. Pennsylvania Railroad Company, Appellant. Gardner Brockway, Respondent, v. Syracuse Lighting Company, Appellant. Phoebe Hatch and Others, Respondents, v. Willis Luckman, Appellant. The People of the State of New York ex rel. William Hatch and Phoebe Hatch, Respondents, v. Cornelius Carpenter and Others, Appellants. In the Matter of the Application of Frederick M. Broadbrooks, as Receiver, etc., for the Removal of William E. Genno and Another from Certain Premises in the City of Buffalo. Martin Luber, an Infant, etc., Appellant, v. William J. Connors, Respondent.— The foregoing cases, having been twice passed upon being reached in their regular order, are dismissed, with costs, under general rule 39.

---

## FIRST DEPARTMENT, MARCH, 1912.

FRANK X. PETTIT, Respondent, v. ALICE B. PETTIT and Others, Appellants. (No. 2.)

Appeal by the defendants, Alice B. Pettit and others, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York, denying the defendant's motion for a new trial on the ground of fraud and newly-discovered evidence.

PER CURIAM: This appeal is from an order denying a motion for a new trial on the ground of fraud and newly-discovered evidence. The moving papers are insufficient to justify the granting of a new trial on either ground, and for that reason the order appealed from should be affirmed, with ten dollars costs and disbursements. Present — Ingraham, P. J., McLaughlin, Laughlin, Miller and Dowling, JJ. Order affirmed, with ten dollars costs and disbursements.